Jeffrey I. Golden, Trustee
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone: (714) 966-1000
Facsimile:  (714) 966-1002
Email:  jgolden@wgllp.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:15-BK-15472-ES |
| | § | |
| ORANGE COUNTY IMAGING SPECIALISTS, INC. | § § § § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey I. Golden, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $7,203.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $331,987.10 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $190,328.23 | | |

**UST Form 101-7-TDR (10/1/2010)**

3)    Total gross receipts of $522,315.33 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $522,315.33 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $190,328.23 | $190,328.23 | $190,328.23 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $547,692.08 | $27,947.02 | $2,622.02 | $2,622.02 |
| General Unsecured Claims (from **Exhibit 7**) | $669,194.92 | $790,223.75 | $656,479.00 | $329,365.08 |
| **Total Disbursements** | $1,216,887.00 | $1,013,825.50 | $854,755.75 | $522,315.33 |

4).    This case was originally filed under chapter 7 on 11/11/2015. The case was pending for 36 months.

5).    All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).    An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2018                By:    /s/ Jeffrey I. Golden
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE - VARIOUS INSURANCE COMPANIES (0-30 DAYS) | 1121-000 | $506,726.65 |
| CHECKING ACCOUNT #6253 LOCATION: | 1129-000 | $5,195.04 |
| SAVINGS ACCOUNT #7442 INSTITUTION: | 1129-000 | $2,395.64 |
| NORCAL - INSURANCE POLICY CANCELLATION REFUND POLICY #713990 | 1229-000 | $7,998.00 |
| **TOTAL GROSS RECEIPTS** | | **$522,315.33** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JEFFREY I. GOLDEN, TRUSTEE, Trustee | 2100-000 | NA | $29,365.77 | $29,365.77 | $29,365.77 |
| JEFFREY I. GOLDEN, TRUSTEE, Trustee | 2200-000 | NA | $56.00 | $56.00 | $56.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $426.55 | $426.55 | $426.55 |
| Integrity Bank | 2600-000 | NA | $17,157.07 | $17,157.07 | $17,157.07 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | $1,400.00 | $1,400.00 | $1,400.00 |
| SULMEYER KUPETZ, Attorney for Trustee | 3210-000 | NA | $95,840.50 | $95,840.50 | $95,840.50 |
| SULMEYER KUPETZ, Attorney for Trustee | 3220-000 | NA | $2,881.19 | $2,881.19 | $2,881.19 |
| HAHN FIFE & COMPANY LLP, Accountant for Trustee | 3410-000 | NA | $5,788.50 | $5,788.50 | $5,788.50 |

| | | | | | |
|---|---|---|---|---|---|
| HAHN FIFE & COMPANY LLP, Accountant for Trustee | 3420-000 | NA | $426.90 | $426.90 | $426.90 |
| FINANCIAL DATA MANAGEMENT, INC., Other Professional | 3991-000 | NA | $28,881.61 | $28,881.61 | $28,881.61 |
| INDEPENDENT MANAGEMENT SERVICES, Other Professional | 3991-000 | NA | $5,326.50 | $5,326.50 | $5,326.50 |
| FRANCHISE TAX BOARD, Attorney for Creditor | 3991-120 | NA | $2,777.64 | $2,777.64 | $2,777.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $190,328.23 | $190,328.23 | $190,328.23 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $822.02 | $822.02 | $822.02 |
| 3A | SAIF SIDDIQI MD INC. | 5300-000 | $346,202.24 | $12,475.00 | $0.00 | $0.00 |
| 5A | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| 6A | MAURICE YU, A PROFESSIONAL CORP. | 5300-000 | $201,489.84 | $12,850.00 | $0.00 | $0.00 |
| | Cal. State Board of Equalization | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Employment Development Department | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $547,692.08 | $27,947.02 | $2,622.02 | $2,622.02 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3B | SAIF SIDDIQI MD INC. | 7100-000 | $346,202.24 | $575,445.60 | $575,445.60 | $281,043.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ADVANCED TELERADIOLOGY | 7100-000 | $3,393.00 | $16,995.00 | $16,995.00 | $16,995.00 |
| 5B | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $100.00 | $100.00 | $100.00 |
| 6B | MAURICE YU, A PROFESSIONAL CORP. | 7100-000 | $201,489.84 | $174,455.83 | $40,711.08 | $19,882.97 |
| | FARHAD KHORASHADI, M.D. | 7100-000 | $106,865.59 | $23,227.32 | $23,227.32 | $11,344.04 |
| | FK Imaging | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Miller, Miller & Menthe | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Orange County Diagnostics | 7100-000 | $4,744.25 | $0.00 | $0.00 | $0.00 |
| | Quality Medical Billing, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | SKC Imaging | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | The Doctors Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | UDI | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | White Ridge Consulting, Inc. | 7100-000 | $6,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $669,194.92 | $790,223.75 | $656,479.00 | $329,365.08 |

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-15472-ES | | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|---|
| Case Name: | ORANGE COUNTY IMAGING SPECIALISTS, INC. | | Date Filed (f) or Converted (c): | 11/11/2015 (f) |
| For the Period Ending: | 11/30/2018 | | §341(a) Meeting Date: | 12/16/2015 |
| | | | Claims Bar Date: | 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT #6253 LOCATION: | $0.00 | $0.00 | | $5,195.04 | FA |
| 2 | SAVINGS ACCOUNT #7442 INSTITUTION: | $3,294.32 | $3,294.32 | | $2,395.64 | FA |
| 3 | ACCOUNTS RECEIVABLE - VARIOUS INSURANCE COMPANIES (0-30 DAYS) | $250,000.00 | $250,000.00 | | $506,726.65 | FA |
| 4 | COUNTERCLAIM OF DEBTOR AGAINST SAIF SIDDIQI INCLUDING SETOFF AND RECOUPMENT PURSUANT TO FRBP 7013. RELATED TO ORANGE COUNTY SUPER COURT CASE 30-2015-00805264 | Unknown | $0.00 | | $0.00 | FA |
| 5 | 2014 NET OPERATING LOSS FOR 2015 | $7,203.00 | $7,203.00 | | $0.00 | FA |
| 6 | NORCAL - INSURANCE POLICY CANCELLATION REFUND POLICY #713990 (u) | $0.00 | $7,998.00 | | $7,998.00 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

| | $260,497.32 | $268,495.32 | | $522,315.33 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2         Exhibit 8

| Case No.: | 15-15472-ES | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | ORANGE COUNTY IMAGING SPECIALISTS, INC. | Date Filed (f) or Converted (c): | 11/11/2015 (f) |
| For the Period Ending: | 11/30/2018 | §341(a) Meeting Date: | 12/16/2015 |
| | | Claims Bar Date: | 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/30/2018   P.E. 9/30/18:  Final distributions have been made.  Once the Estate account has a zero balance, the Trustee will submit his TDR to the OUST.

FINAL REPORT:  The Trustee received the tax clearance letter in this case on or around March 29, 2018.  All claims have been reviewed and the Trustee has determined that objections are not necessary.

Pursuant to Court order entered November 15, 2016 which resolved the 4 preference actions filed by the Trustee, distributions will be made to the following doctors:  Saif Siddiqi, M.D. in the amount of $575,445.60; Maurice Yu, M.D. in the amount of $40,711.08; and Farhad Khorashadi, M.D. in the amount of $23,227.32.  By the approved settlement agreement, the doctors have agreed to be paid last out of any dollars paid to the Estate ensuring that other claims will be paid in full.  Claim Nos. 4 and 5B to be paid @ 100% of allowed amounts.  Claim Nos. 3B, 6B and Farhad Khorashadi to subordinate to Claim Nos. 4 and 5B and will be paid 48%.

This case is now ready to be closed.

P.E. 9/30/17:  All settlement installment payments by Orange County Diagnostics have been received with the last payment received on October 9, 2017.  All 4 adversary proceedings have been closed.  There are no other assets to administer in this case.

The Trustee's accountant will be preparing the Estate's tax returns and all claims will be reviewed for possible objections.

The Trustee anticipates submitting his TFR to the OUST before June 30, 2018.

P.E. 9/30/16:  There are two main assets that are being administered.  One of those assets is the receivables from pre-petition business operations.  The other is not an asset yet, but will be if there is a settlement with the doctor groups in this case, and that is a payment to the estate in installments by Orange County Diagnostics, in the total amount of approximately $73,000, which payments will finally end on September 15, 2017.  The Trustee has employed SulmeyerKupetz as his counsel in this case.

There are currently 4 adversary proceedings in the case, all of them preference actions, and all of these actions were commenced on April 29, 2016.  They are:

1.   A complaint against Farhad Khorashadi, M.D., A Medical Corporation, Case No. 8:16-ap-01117-ES.

2.   A complaint against Maurice Yu, M.D., A Professional Corporation, Case No. 8:16-ap-01118-ES.

3.   A complaint against Seyed Shahrokni ("Shahrokni"), Case No. 8:16-ap-01119-ES.

4.   A against Saif Siddiqi, M.D., Inc., Case No. 8:16-ap-01120-ES.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit 8

| Case No.: | 15-15472-ES | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | ORANGE COUNTY IMAGING SPECIALISTS, INC. | Date Filed (f) or Converted (c): | 11/11/2015 (f) |
| For the Period Ending: | 11/30/2018 | §341(a) Meeting Date: | 12/16/2015 |
| | | Claims Bar Date: | 05/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

The estate also possesses a cause of action against Orange County Diagnostics for payment of a delinquent account receivable, which has not yet been commenced.

The 4 defendants in the above preference actions, Orange County Diagnostics, and other parties engaged in a day-long mediation session on September 12, 2016. The mediation addressed not only claims by these parties against the estate and claims of the estate against these parties, but claims of certain doctors against other doctors. Due to previously existing state court litigation among these doctor groups, it was not possible to enter into a settlement of just the preference actions without also resolving the doctor-to-doctor litigation simultaneously.

That mediation has not yet resulted in a signed settlement agreement among the parties, but the Trustee anticipates that in the next week or two, the parties will have a finalized document which I can attach to a 9019 motion to get it approved by the court. The settlement if finalized will require dismissal of the 4 preference actions and waive the estate's claim against OCD in return for the installment payment mentioned above. Certain doctors are also reducing their claims against the estate, and the doctors as a group are agreeing to subordinate their claims to general unsecured claims which will permit the non-insider claims to be paid in full before the doctors receive any distribution. The estate will also receive a stipulated judgment in the amount of approximately $300K to ensure these installment payments are being made.

If the preference actions are not settled then litigation will proceed. There is a pretrial conference on November 17, 2016. The discovery period has ended for the other side, though the estate retains the ability to depose 3 of the 4 doctors (one deposition has already occurred).

The Trustee anticipates submitting the TFR in this case by March 31, 2018.

| Initial Projected Date Of Final Report (TFR): | 03/31/2018 | Current Projected Date Of Final Report (TFR): | 06/30/2018 | /s/ JEFFREY I. GOLDEN |
|---|---|---|---|---|
| | | | | JEFFREY I. GOLDEN |

**FORM 2**          Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-15472-ES | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | ORANGE COUNTY IMAGING SPECIALISTS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6711 | Checking Acct #: | ******5472 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 11/11/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/13/2016 | (1) | WELLS FARGO - CASHIER'S CHECK | FUNDS FROM DEBTOR'S BANK ACCOUNT HELD AT WELLS FARGO ACCT. ENDING 6253 | 1129-000 | $5,195.04 |  | $5,195.04 |
| 01/13/2016 | (2) | WELLS FARGO - CASHIER'S CHECK | FUNDS FROM DEBTOR'S BANK ACCOUNT HELD AT WELLS FARGO ACCT. ENDING 7442 | 1129-000 | $2,395.64 |  | $7,590.68 |
| 01/22/2016 | (6) | NORCAL GROUP | 6INSURANCE POLICY CANCELLATION REFUND POLICY #713990 | 1229-000 | $7,998.00 |  | $15,588.68 |
| 01/31/2016 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $9.60 | $15,579.08 |
| 02/29/2016 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $23.50 | $15,555.58 |
| 03/07/2016 |  | Transfer From: #*******5472 | Transfer to pay FDM per Court order entered 3/4/16. | 9999-000 | $24,301.56 |  | $39,857.14 |
| 03/07/2016 | 1001 | FINANCIAL DATA MANAGEMENT, INC. | BILLING SERVICES - NOV. 2015 PAID PER COURT ORDER ENTERED 3/4/16 | 3991-000 |  | $9,311.59 | $30,545.55 |
| 03/07/2016 | 1002 | FINANCIAL DATA MANAGEMENT, INC. | BILLING SERVICES - DEC. 2015 PAID PER COURT ORDER ENTERED 3/4/16 | 3991-000 |  | $9,476.76 | $21,068.79 |
| 03/07/2016 | 1003 | FINANCIAL DATA MANAGEMENT, INC. | BILLING SERVICES - JAN. 2016 PAID PER COURT ORDER ENTERED 3/4/16 | 3991-000 |  | $5,513.21 | $15,555.58 |
| 03/31/2016 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $26.35 | $15,529.23 |
| 04/06/2016 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R - FEBRUARY 2016 COLLECTIONS | 1121-000 | $21,761.74 |  | $37,290.97 |
| 04/11/2016 | 1004 | FINANCIAL DATA MANAGEMENT, INC. | BILLING SERVICES - FEB. 2016 PAID PER COURT ORDER ENTERED 3/4/16 | 3991-000 |  | $1,739.08 | $35,551.89 |
| 04/27/2016 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R - MARCH 2016 COLLECTIONS | 1121-000 | $26,432.93 |  | $61,984.82 |
| 04/30/2016 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $53.41 | $61,931.41 |
| 05/12/2016 | 1005 | FINANCIAL DATA MANAGEMENT, INC. | BILLING SERVICES - MAR. 2016 PAID PER COURT ORDER ENTERED 3/4/16 | 3991-000 |  | $2,116.50 | $59,814.91 |
| 05/19/2016 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R - APRIL 2016 COLLECTIONS | 1121-000 | $9,055.92 |  | $68,870.83 |
| 05/19/2016 | 1006 | INDEPENDENT MANAGEMENT SERVICES | PARAPROFESSIONAL/FIELD AGENT FEE PAID PER COURT ORDER ENTERED 3/2/16 | 3991-000 |  | $5,326.50 | $63,544.33 |
| 05/19/2016 | 1007 | FINANCIAL DATA MANAGEMENT, INC. | BILLING SERVICES - APR. 2016 PAID PER COURT ORDER ENTERED 3/4/16 | 3991-000 |  | $724.47 | $62,819.86 |
| 05/31/2016 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $103.65 | $62,716.21 |

                                     **SUBTOTALS**     $97,140.83     $34,424.62

| Case No. | 15-15472-ES | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | ORANGE COUNTY IMAGING SPECIALISTS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6711 | Checking Acct #: | ******5472 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 11/11/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/24/2016 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R - MAY 2016 COLLECTIONS | 1121-000 | $23,096.69 | | $85,812.90 |
| 06/24/2016 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R - DECEMBER 2015 COLLECTIONS | 1121-000 | $25,000.00 | | $110,812.90 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $107.90 | $110,705.00 |
| 07/18/2016 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R | 1121-000 | $10,000.00 | | $120,705.00 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $185.33 | $120,519.67 |
| 08/24/2016 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R - JUNE 2016 COLLECTIONS | 1121-000 | $7,565.58 | | $128,085.25 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $196.75 | $127,888.50 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $199.62 | $127,688.88 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $205.95 | $127,482.93 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $198.99 | $127,283.94 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $205.30 | $127,078.64 |
| 01/23/2017 | 1008 | INTERNATIONAL SURETIES LTD. | BOND #016030866 TERM 01/04/17 TO 01/04/18 | 2300-000 | | $196.95 | $126,881.69 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $204.96 | $126,676.73 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $184.55 | $126,492.18 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $204.02 | $126,288.16 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $197.12 | $126,091.04 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $187.31 | $125,903.73 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $181.00 | $125,722.73 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $186.77 | $125,535.96 |
| 08/11/2017 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R | 1121-000 | $13,194.04 | | $138,730.00 |
| 08/18/2017 | (3) | UNIVERSITY DIAGNOSTICS | A/R | 1121-000 | $15,000.00 | | $153,730.00 |
| 08/23/2017 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R | 1121-000 | $15,000.00 | | $168,730.00 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $211.53 | $168,518.47 |
| 09/25/2017 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R | 1121-000 | $15,000.00 | | $183,518.47 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $245.86 | $183,272.61 |
| 10/09/2017 | (3) | UNIVERSITY DIAGNOSTICS, INC. | A/R - FINAL PAYMENT | 1121-000 | $30,000.00 | | $213,272.61 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $302.45 | $212,970.16 |
| | | | SUBTOTALS | | $153,856.31 | $3,602.36 | |

**FORM 2**     Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-15472-ES | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | ORANGE COUNTY IMAGING SPECIALISTS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6711 | Checking Acct #: | ******5472 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 11/11/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $306.17 | $212,663.99 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $315.92 | $212,348.07 |
| 01/22/2018 | 1009 | INTERNATIONAL SURETIES LTD. | Bond #016030866 | 2300-000 | | $229.60 | $212,118.47 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $315.43 | $211,803.04 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $284.19 | $211,518.85 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $314.21 | $211,204.64 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $303.63 | $210,901.01 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $313.30 | $210,587.71 |
| 07/20/2018 | | Transfer From: #*******5472 | TRANSFER TO PAY FINAL DISTRIBUTION | 9999-000 | $259,935.89 | | $470,523.60 |
| 07/20/2018 | 1010 | U.S. BANKRUPTCY COURT | COURT COSTS PAID PER COURT ORDER ENTERED 7/19/18 | 2700-000 | | $1,400.00 | $469,123.60 |
| 07/20/2018 | 1011 | SULMEYER KUPETZ | ATTORNEY FOR TRUSTEE - FEE PAID PER COURT ORDER ENTERED 7/19/18 | 3210-000 | | $95,840.50 | $373,283.10 |
| 07/20/2018 | 1012 | SULMEYER KUPETZ | ATTORNEY FOR TRUSTEE - EXPENSES PAID PER COURT ORDER ENTERED 7/19/18 | 3220-000 | | $2,881.19 | $370,401.91 |
| 07/20/2018 | 1013 | HAHN FIFE & COMPANY LLP | ACCOUNTANT FOR TRUSTEE - FEE PAID PER COURT ORDER ENTERED 7/19/18 | 3410-000 | | $5,788.50 | $364,613.41 |
| 07/20/2018 | 1014 | HAHN FIFE & COMPANY LLP | ACCOUNTANT FOR TRUSTEE - EXPENSES PAID PER COURT ORDER ENTERED 7/19/18 | 3420-000 | | $426.90 | $364,186.51 |
| 07/20/2018 | 1015 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE FEE PAID PER COURT ORDER ENTERED 7/19/18 | 2100-000 | | $29,365.77 | $334,820.74 |
| 07/20/2018 | 1016 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE EXPENSES PAID PER COURT ORDER ENTERED 7/19/18 | 2200-000 | | $56.00 | $334,764.74 |
| 07/20/2018 | 1017 | FRANCHISE TAX BOARD | ADMINISTRATIVE TAX CLAIM #1 PAID PER COURT ORDER ENTERED 7/19/18 | 3991-120 | | $2,777.64 | $331,987.10 |
| 07/20/2018 | 1018 | FRANCHISE TAX BOARD | PRIORITY - TAXES; CLAIM #2 PAID @ 100% OF ALLOWED AMOUNT | 5800-000 | | $822.02 | $331,165.08 |
| 07/20/2018 | 1019 | INTERNAL REVENUE SERVICE | PRIORITY - TAXES; CLAIM #5A PAID @ 100% OF ALLOWED AMOUNT | 5800-000 | | $1,800.00 | $329,365.08 |

**SUBTOTALS**     $259,935.89     $143,540.97

**FORM 2**

Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-15472-ES | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | ORANGE COUNTY IMAGING SPECIALISTS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6711 | Checking Acct #: | ******5472 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 11/11/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/20/2018 | 1020 | FARHAD KHORASHADI, M.D. | GENERAL UNSECURED CLAIM PAID @ 48% OF ALLOWED AMOUNT | 7100-000 | | $11,344.04 | $318,021.04 |
| 07/20/2018 | 1021 | SAIF SIDDIQI MD INC. | GENERAL UNSECURED CLAIM #3B PAID @ 48% OF ALLOWED AMOUNT | 7100-000 | | $281,043.07 | $36,977.97 |
| 07/20/2018 | 1022 | ADVANCED TELERADIOLOGY | GENERAL UNSECURED CLAIM #4 PAID @ 100% OF ALLOWED AMOUNT | 7100-000 | | $16,995.00 | $19,982.97 |
| 07/20/2018 | 1023 | INTERNAL REVENUE SERVICE | GENERAL UNSECURED CLAIM #5B PAID @ 100% OF ALLOWED AMOUNT | 7100-000 | | $100.00 | $19,882.97 |
| 07/20/2018 | 1024 | MAURICE YU, A PROFESSIONAL CORP. | GENERAL UNSECURED CLAIM #6B PAID @ 48% OF ALLOWED AMOUNT | 7100-000 | | $19,882.97 | $0.00 |
| 09/27/2018 | 1022 | STOP PAYMENT: ADVANCED TELERADIOLOGY | GENERAL UNSECURED CLAIM #4 PAID @ 100% OF ALLOWED AMOUNT | 7100-004 | | ($16,995.00) | $16,995.00 |
| 09/27/2018 | 1025 | ADVANCED TELERADIOLOGY | GENERAL UNSECURED CLAIM #4 PAID @ 100% OF ALLOWED AMOUNT | 7100-000 | | $16,995.00 | $0.00 |
| | | | TOTALS: | | $510,933.03 | $510,933.03 | $0.00 |
| | | | Less: Bank transfers/CDs | | $284,237.45 | $0.00 | |
| | | | Subtotal | | $226,695.58 | $510,933.03 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $226,695.58 | $510,933.03 | |

| For the period of 11/11/2015 to 11/30/2018 | | For the entire history of the account between 01/13/2016 to 11/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $226,695.58 | Total Compensable Receipts: | $226,695.58 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $226,695.58 | Total Comp/Non Comp Receipts: | $226,695.58 |
| Total Internal/Transfer Receipts: | $284,237.45 | Total Internal/Transfer Receipts: | $284,237.45 |
| | | | |
| Total Compensable Disbursements: | $510,933.03 | Total Compensable Disbursements: | $510,933.03 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $510,933.03 | Total Comp/Non Comp Disbursements: | $510,933.03 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-15472-ES | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | ORANGE COUNTY IMAGING SPECIALISTS, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6711 | | Checking Acct #: | ******5472 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | ELECTRONIC WIRES ACCOUNT |
| For Period Beginning: | 11/11/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/26/2016 | (3) | SEYED H. SHAHROKNI, M.D., INC. | A/R - Wire received on 1/22/16 | 1121-000 | $226,704.61 | | $226,704.61 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $117.95 | $226,586.66 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $341.89 | $226,244.77 |
| 03/07/2016 | (3) | UNIVERSITY DIAGNOSTICS INC. | A/R - Wire received on 3/04/16 | 1121-000 | $68,915.14 | | $295,159.91 |
| 03/07/2016 | | Transfer To: #*******5472 | Transfer to pay FDM per Court order entered 3/4/16. | 9999-000 | | $24,301.56 | $270,858.35 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $433.71 | $270,424.64 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $422.10 | $270,002.54 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $435.50 | $269,567.04 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $420.77 | $269,146.27 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $434.12 | $268,712.15 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $433.42 | $268,278.73 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $418.76 | $267,859.97 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $432.04 | $267,427.93 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $417.43 | $267,010.50 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $430.67 | $266,579.83 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $429.97 | $266,149.86 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $387.74 | $265,762.12 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $428.65 | $265,333.47 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $414.16 | $264,919.31 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $393.54 | $264,525.77 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $380.29 | $264,145.48 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $392.39 | $263,753.09 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $391.81 | $263,361.28 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $378.61 | $262,982.67 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $390.67 | $262,592.00 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $377.51 | $262,214.49 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $389.52 | $261,824.97 |

SUBTOTALS    $295,619.75    $33,794.78

**FORM 2**

Page No: 6    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-15472-ES | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | ORANGE COUNTY IMAGING SPECIALISTS, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6711 | | Checking Acct #: | ******5472 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | ELECTRONIC WIRES ACCOUNT |
| For Period Beginning: | 11/11/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $388.94 | $261,436.03 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $350.78 | $261,085.25 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $387.86 | $260,697.39 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $374.78 | $260,322.61 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $386.72 | $259,935.89 |
| 07/20/2018 | | Transfer To: #*******5472 | TRANSFER TO PAY FINAL DISTRIBUTION | 9999-000 | | $259,935.89 | $0.00 |
| | | | **TOTALS:** | | $295,619.75 | $295,619.75 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $284,237.45 | |
| | | | **Subtotal** | | $295,619.75 | $11,382.30 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $295,619.75 | $11,382.30 | |

| For the period of 11/11/2015 to 11/30/2018 | | For the entire history of the account between 01/21/2016 to 11/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $295,619.75 | Total Compensable Receipts: | $295,619.75 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $295,619.75 | Total Comp/Non Comp Receipts: | $295,619.75 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $11,382.30 | Total Compensable Disbursements: | $11,382.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,382.30 | Total Comp/Non Comp Disbursements: | $11,382.30 |
| Total Internal/Transfer Disbursements: | $284,237.45 | Total Internal/Transfer Disbursements: | $284,237.45 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7    Exhibit 9

| Case No. | 15-15472-ES | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | ORANGE COUNTY IMAGING SPECIALISTS, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6711 | | Checking Acct #: | ******5472 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | ELECTRONIC WIRES ACCOUNT |
| For Period Beginning: | 11/11/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $522,315.33 | $522,315.33 | $0.00 |

**For the period of 11/11/2015 to 11/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $522,315.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $522,315.33 |
| Total Internal/Transfer Receipts: | $284,237.45 |
| | |
| Total Compensable Disbursements: | $522,315.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $522,315.33 |
| Total Internal/Transfer Disbursements: | $284,237.45 |

**For the entire history of the case between 11/11/2015 to 11/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $522,315.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $522,315.33 |
| Total Internal/Transfer Receipts: | $284,237.45 |
| | |
| Total Compensable Disbursements: | $522,315.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $522,315.33 |
| Total Internal/Transfer Disbursements: | $284,237.45 |

/s/ JEFFREY I GOLDEN

JEFFREY I GOLDEN